CHARLES F. HOFFMAN, Respondent, v. ANTHONY G. VELLEK and HOTEL HAMILTON OPERATING Co., INC., Appellants.— Order denying defendants' motion to vacate subpœna *duces tecum*, and modifying notice of examination before trial, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.

VIRGILIO IANDIORIO, Respondent, v. STATEN ISLAND RAPID TRANSIT RAILWAY COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

INTERNATIONAL MAILING TUBE AND WRAPPER COMPANY, Appellant, v. AMERICAN MANUFACTURING COMPANY, Respondent.— Order dismissing action for failure to prosecute, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Kapper and Lazansky, JJ., concur.

WALTER W. IRWIN, Respondent, v. LIDO REALTY CORPORATION and Others, Appellants.— Order denying motion to require plaintiff separately to state and number alleged separate causes of action, or, in the alternative, to strike out certain allegations as scandalous and irrelevant, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Application of BENJAMIN J. CRAWFORD, Appellant, for a Peremptory Order of Mandamus against WILLIAM A. WALSH, etc., and Others, Respondents.— Order denying application for peremptory order of mandamus unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of EMMA L. EASTLAND, Respondent, for the Examination of H. H. HECK, Superintendent of BETHANY DEACONESS HOSPITAL, Appellant, etc.— Order denying motion to vacate order of examination reversed upon the law and the facts, and motion granted, without costs. The applicant's affidavits presented upon obtaining the order for examination and inspection do not show any circumstances which render such examination and inspection necessary at this time. The evidence sought will be, we think, available at the trial. Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ., concur.

In the Matter of the Petition of the FARMERS' LOAN AND TRUST COMPANY, to Render and Settle Its Account as Substituted Trustee under the Last Will and Testament of ARTHUR L. MASON, Deceased. CHARLOTTE H. MASON, Widow, etc., and as Administratrix, etc., Appellant; HENRY E. MASON, Respondent.— Decree of the Surrogate's Court of Kings county unanimously affirmed, with costs to both appellant and respondent, payable out of the estate. No opinion. Present — Kelly, P. J., Manning, Young, Kapper and Lazansky, JJ.

In the Matter of the Application of BERTHA FORMAN and Others, Appellants, v. WILLIAM E. WALSH and Others, Constituting the Board of Standards and Appeals of the City of New York, and DAVID COPPERSMITH, Respondents.— Order dismissing certiorari proceeding affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kapper, JJ., concur.